**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **JOHN EARLE SULLIVAN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TGP COMMUNICATIONS LLC, d/b/a THE GATEWAY PUNDIT, a Missouri limited liability company; et al.**<br><br>**Defendants.** | **ORDER**<br><br>**Case No. 2:26-cv-00899-AMA-JCB**<br><br>**District Judge Ann Marie McIff Allen**<br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is Plaintiff's motion to proceed in forma pauperis.[1] Based upon the court's consideration of the motion, IT IS HEREBY ORDERED that the motion is TEMPORARILY GRANTED.

IT IS FURTHER ORDERED:

1. The court will screen Plaintiff's complaint under 28 U.S.C. § 1915(e)(2) and DUCivR 3-2(b).
2. The time to serve the complaint is tolled until further order of the court.
3. If this case is allowed to proceed, the court will order service of process on Defendant(s).

[1] ECF No. 2.

IT IS SO ORDERED.

DATED this 29th day of September 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge