**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| JOHN EARLE SULLIVAN,<br>*Plaintiff*,<br>v.<br>TGP COMMUNICATIONS LLC,<br>*d/b/a THE GATEWAY PUNDIT*,<br>*a Missouri limited liability company (Defendant)*;<br>and<br>JAMES HOFT,<br>*in his individual and corporate managerial capacities (Defendant)*;<br>and<br>JOE HOFT; CARA CASTRONUOVA; ALICIA POWE; CULLEN LINEBARGER; AND CASSANDRA FAIRBANKS,<br>*each in their individual capacity (Defendants).* | **ORDER SUSTAINING PLAINTIFF'S OBJECTION PURSUANT TO FED. R. CIV. P. 72(A) AND DUCIVR 72-2 TO MAGISTRATE JUDGE'S ORDER (ECF NO. 11), VACATING SERVICE TOLLING DIRECTIVE, AND DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHALS SERVICE PURSUANT TO 28 U.S.C. § 1915(D) AND FED. R. CIV. P. 4(C)(3)**<br><br>**CASE NO.:** 2:26-cv-00899-AMA-JCB |

Before the Court is Plaintiff John Earle Sullivan's timely Objection filed pursuant to Federal Rule of Civil Procedure 72(a), Local Rule DUCivR 72-2, 28 U.S.C. § 636(b)(1)(A), and 28 U.S.C. § 1915(d), challenging paragraph 2 of the Magistrate Judge's September 29, 2026 Order (ECF No. 11), which temporarily granted Plaintiff leave to proceed in forma pauperis while indefinitely tolling the time to serve the complaint. Concurrently before the Court is Plaintiff's renewed Motion for Court-Directed Service by the United States Marshals Service pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d) (ECF No. 4).

Having reviewed Plaintiff's Objection, the Magistrate Judge's Order (ECF No. 11), the 179-page Master Verified Complaint (ECF No. 1), the completed Form AO-440 Summonses and Form USM-285 Process Receipts and Directions lodged on the docket under Document 7, and governing statutory and circuit authority, the Court finds that the Objection is well-taken and must be **SUSTAINED**.

Congress enacted 28 U.S.C. § 1915(d) as a mandatory directive commanding that "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases." Federal Rule of Civil Procedure 4(c)(3) similarly provides that the court "must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915." Controlling Tenth Circuit law establishes that under 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c), the district court is required to order service of process by the U.S. Marshals Service if the plaintiff is proceeding in forma pauperis. *Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003).

Local Civil Rule DUCivR 3-2(c)(2)(A)(ii) specifically commands that upon receipt of Form AO-440 Summonses and Form USM-285 Process Directions from an in forma pauperis litigant, "the Clerk of Court must issue a summons for each Defendant and provide a service packet for each Defendant to the United States Marshals Service," and the Marshals Service "must then serve on each Defendant." DUCivR 3-2(c)(2)(A)(iii).

Here, Plaintiff's Motion for Leave to Proceed In Forma Pauperis was granted by the Magistrate Judge (ECF No. 11), and Plaintiff had already prepared, executed, and lodged complete Form AO-440 Summonses and Form USM-285 Process Receipts and Directions for all seven named Defendants under Document 7. Indefinite tolling of service under these circumstances is contrary to the mandatory commands of 28 U.S.C. § 1915(d), Rule 4(c)(3), DUCivR 3-2(c), and binding circuit precedent.

## ORDER

IT IS HEREBY ORDERED:

1. Plaintiff's Objection is **SUSTAINED**.
2. Paragraph 2 of the Magistrate Judge's September 29, 2026 Order (ECF No. 11), tolling the time to serve the complaint, is **VACATED** and set aside pursuant to Fed. R. Civ. P. 72(a).
3. Plaintiff's Motion for Court-Directed Service by the United States Marshals Service (ECF No. 4) is **GRANTED**.
4. The Clerk of Court is **DIRECTED** to sign, seal, and officially issue the seven (7) proposed Form AO-440 Summonses lodged on the docket under Document 7 (consisting of the main document and Attachments 1 through 6) for Defendants TGP Communications LLC d/b/a The Gateway Pundit, James Hoft, Joe Hoft, Cara Castronuova, Alicia Powe, Cullen Linebarger, and Cassandra Fairbanks.
5. The Clerk of Court is **DIRECTED** to assemble and transmit to the United States Marshals Service a complete service packet for each Defendant, consisting of:
    a. The issued Form AO-440 Summons;
    b. A copy of the Master Verified Complaint (ECF No. 1);
    c. A copy of this Order; and
    d. The corresponding completed Form USM-285 Process Receipt and Directions lodged under Document 7 (Attachments 7 through 13).
6. Pursuant to 28 U.S.C. § 1915(d), Federal Rule of Civil Procedure 4(c)(3), and Local Rule DUCivR 3-2(c)(2)(A)(iii), the United States Marshals Service is **COMMANDED** to effectuate personal service of process upon each named Defendant forthwith, with the United States advancing the costs of service.

DATED this ______ day of ________________, ______.

**BY THE COURT:**

______________________________

United States District Judge